IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 12-cr-00055-CMA-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.   JAIME MORENO-TORREZ,**

      Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE
ONLY AS TO JAIME MORENO-TORREZ**

---

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture Only As To Jaime Moreno-Torrez (Doc. # 84), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises, finds:

THAT on May 31, 2012, the United States and Defendant Jaime Moreno-Torrez entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. # 68).

THAT the requisite nexus exists between:

    a.    $24,874.00 in U.S. Currency recovered from the master bedroom closet at 8111 East Yale Avenue #4-104, in unincorporated Arapahoe County, Colorado;

   b. $1,000.00 in U.S. Currency recovered underneath the bedding where Jaime Moreno-Torrez, was found at 8111 East Yale Avenue #4-104, in unincorporated Arapahoe County, Colorado;

   c. $2,827.00 in U.S. Currency in the guestroom of 8111 East Yale Avenue #4-104, in unincorporated Arapahoe County, Colorado;

and the charge of possession with the intent to distribute 100 grams or more of Heroin, that Defendant Jaime Moreno-Torrez pleaded guilty to.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Moreno-Torrez's interest in the following:

   a. $24,874.00 in U.S. Currency recovered from the master bedroom closet at 8111 East Yale Avenue #4-104, in unincorporated Arapahoe County, Colorado;

   b. $1,000.00 in U.S. Currency recovered underneath the bedding where Jaime Moreno-Torrez, was found at 8111 East Yale Avenue #4-104, in unincorporated Arapahoe County, Colorado;

   c. $2,827.00 in U.S. Currency in the guestroom of 8111 East Yale Avenue #4-104, in unincorporated Arapahoe County, Colorado;

is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Jaime Moreno-Torrez at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(e)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this   01   day of August, 2012.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Court Judge